# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LAKISHA OGLETREE,<br><br>      Plaintiff,<br>v.<br><br>WAYFAIR, LLC,<br><br>      Defendant. | CIVIL ACTION FILE NO.<br>1:20-cv-05238-SDG-CCB |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY stipulated and agreed, by and between the parties, by and through their respective undersigned counsel, that the above-captioned action is voluntarily dismissed **WITH PREJUDICE** against Defendant Wayfair, LLC, pursuant to Federal Rule of Civil Procedure (41)(a)(1)(A)(ii), with each party to bear its own costs and fees, including attorneys' fees.

Respectfully submitted this 8th day of August, 2022.

| | |
|---|---|
| s/Jennifer Schilling *(with permission)*<br>Jennifer Schilling<br>Georgia Bar No. 6256634<br>*Attorney for Defendant*<br>Littler Mendelson, P.C.<br>321 North Clark Street, Suite 1100<br>Chicago, IL 60654<br>T: (312) 372-5520<br>E: JSchilling@littler.com | s/Rachel B. Canfield<br>Rachel B. Canfield<br>Georgia Bar No. 488716<br>*Attorney for Plaintiff*<br>The Kirby G. Smith Law Firm, LLC<br>4488 N. Shallowford Rd. Suite 105<br>Atlanta, GA 30338<br>T: (470) 387-9292<br>E: rbc@kirbygsmith.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing *JOINT STIPULATION OF DISMISSAL* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to attorneys of record.

Respectfully submitted this 8th day of August, 2022.

                                              THE KIRBY G. SMITH LAW FIRM, LLC

                                              <u>s/Rachel B. Canfield</u>
                                              Rachel B. Canfield
                                              Georgia Bar No. 488716

4488 N. Shallowford Rd.
Suite 105
Atlanta, GA 30338
T: (470) 387-9292  F: (877) 352-6253
rbc@kirbygsmith.com